UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY BLOUNT,

    Plaintiff,

Case No. 1:09-CV-58

v.

Hon. Gordon J. Quist

GREGORY McQUIGGIN, et al.,

    Defendants.
_____/

# ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on March 24, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 23, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant McQuiggin's Motion for Summary Judgment (docket no. 32) is **GRANTED**, and Plaintiff's claims against Defendant McQuiggin are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against unserved Defendants Lemon, Morrison, and all unidentified John Doe Defendants are **dismissed without prejudice** for failure to timely effect service.

This case is **concluded**.

Dated: April 14, 2011

              /s/ Gordon J. Quist
            GORDON J. QUIST
            UNITED STATES DISTRICT JUDGE